OPINION — AG — **** CHIROPRACTIC BOARD — EDUCATION — PROGRAM APPROVAL **** OPINION DEALING WITH VARIOUS QUESTIONS RELATING TO THE EDUCATIONAL STANDARDS AND PROGRAMS MENTIONED IN 59 O.S. 1968 Supp., 164 [59-164], AND HOLDING THAT THE BOARD OF CHIROPRACTIC EXAMINERS HAS VIOLATED 59 O.S. 1968 Supp., 164C [59-164C], BY REQUIRING A $50.00 RENEWAL LICENSE FEE UNDER ITS RULE SECTION 16(B) "NON-ATTENDANCE" DALE F. CROWDER